**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Fran Rosenstock<br>                Debtor(s) | CHAPTER 13 |
| Toyota Motor Credit Corporation<br>                Movant<br>        vs.<br>Fran Rosenstock<br>                Debtor(s) | NO. 18-12830 elf |
| William C. Miller Esq.<br>                Trustee | 11 U.S.C. Section 362 |

**ORDER TERMINATING AUTOMATIC STAY**

Upon consideration of the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, it is hereby

**ORDERED**, that the automatic stay is hereby **MODIFIED** under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2014 LEXUS ES350, VIN: JTHBK1GG9E2141199  in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Date:  7/19/18

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**