# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-12830-ELF

FRAN ROSENSTOCK

421 SPRUCE STREET

PHILADELPHIA, PA 19106

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    FRAN ROSENSTOCK

    421 SPRUCE STREET

    PHILADELPHIA, PA 19106

Counsel for debtor(s), by electronic notice only.

    CAROL B MCCULLOUGH
    65 W STREET RD
    SUITE A-204
    WARMINISTER, PA 18974-

Date: 7/30/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee