United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-12830-elf
Fran Rosenstock                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Linda                   Page 1 of 1                  Date Rcvd: Oct 17, 2018
                              Form ID: pdf900               Total Noticed: 12
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2018.
db             +Fran Rosenstock,    421 Spruce Street,    Philadelphia, PA 19106-3706
14129026       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14104428        Greenpoint Mortgage Funding,    5401 N Beach St,    Fort Worth, TX  76137-2733
14117576       +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
14161933        U.S. Bank National Association, as trustee,    c/o Bank of America, N.A.,    P.O. Box 31785,
                 Tampa, FL 33631-3785

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Oct 18 2018 02:46:54      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 18 2018 02:46:49      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14210922        E-mail/Text: megan.harper@phila.gov Oct 18 2018 02:46:54      City of Philadelphia,
                 Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
14160943        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 18 2018 02:54:02
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14160201        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 18 2018 02:54:34
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14128848        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 18 2018 02:46:16
                 Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
                 Harrisburg PA 17128-0946
14162096       +E-mail/Text: bncmail@w-legal.com Oct 18 2018 02:46:42      Select Medical,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bank of America, N.A.
14104427        18-12830
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                  TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2018 at the address(es) listed below:
              CAROL B. MCCULLOUGH    on behalf of Debtor Fran  Rosenstock mccullougheisenberg@gmail.com,
               G25217@notify.cincompass.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
               mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FRAN ROSENSTOCK                             Chapter 13

                        Debtor              Bankruptcy No. 18-12830-ELF

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: October 17, 2018**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
CAROL B MCCULLOUGH
65 W STREET RD
SUITE A-204
WARMINISTER, PA 18974-


Debtor:
FRAN ROSENSTOCK

421 SPRUCE STREET

PHILADELPHIA, PA 19106